AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ramon Garcia-Solis Jr

YOB: 1971  COB: United States

## CRIMINAL COMPLAINT

Case Number:
M-22-1876-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **September 21, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Eddy Orlando Garcia-Ramos, citizen and national of Guatemala, along with one (1) other undocumented aliens, for a total of two (2) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)  FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 21, 2022, at approximately 10:35 p.m., a camera operator at the Rio Grande City Tactical Operations Center alerted field agents of four (4) individuals running north, away from the Rio Grande River in Roma, Texas. A nearby agent observed at least three (3) of them board a black Cadillac sports utility vehicle. Almost immediately, responding Agents in a marked Border Patrol unit encountered the vehicle matching the description and attempted to conduct a vehicle stop. The driver failed to yield, and a pursuit ensued. The vehicle finally come to a stop after it collided with a post and a tree trunk. All vehicle occupants attempted to abscond. Agents observed the driver wearing a white hat and light in color shirt exit the driver's side door. Agents gave chase and apprehended the driver approximately 100 yards away from the vehicle. The driver was later identified as Ramon Garcia-Solis Jr, a United States citizen. Agents apprehended two (2) of the three (3) passengers. Both passengers were determined to be illegally present in the United States.

The driver and two (2) passengers were transported to the Rio Grande City Station for processing.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

Complaint authorized by AUSA D. Chung

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

September 22, 2022 at 9:47 p.m.
Date

at McAllen, Texas
City and State

/s/ Rosendo Agda
Signature of Complainant

Rosendo Agda    Border Patrol Agent
Printed Name of Complainant

J. Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-22-1876-M**

RE:     Ramon Garcia-Solis Jr

**CONTINUATION:**

**PRINCIPAL STATEMENT:**
Ramon Garcia-Solis Jr., a United States citizen, was read his Miranda Rights in the English language. He understood his rights and agreed to provide a statement without an attorney present.

Garcia-Solis admitted picking up undocumented aliens using a borrowed black Cadillac, and was to get paid $100 U.S. dollars per person. Garcia-Solis further admitted knowing the individuals he was picking up were illegals. Garcia-Solis stated he told his passengers to put on their seatbelts. Garcia-Solis indicated that he has transported illegal aliens before.

**MATERIAL WITNESS STATEMENT 1:**
Eddy Orlando Garcia-Ramos, a citizen and national of Guatemala, was read his Miranda Rights in the Spanish language. He understood his rights and agreed to provide a statement without an attorney present.

Garcia indicated he and his father made smuggling arrangements and has paid $6,000 out of $15,000 they agreed to pay. He also explained that last night, he crossed the Rio Grande River illegally by wading with two (2) other subjects and two (2) guides. Once in the United States, Garcia and the other two (2) subjects were instructed to wait for a black Cadillac to pick them up near a traffic light. Approximately an hour and a half later, they received a phone call and a black Cadillac at the light honked. Garcia stated a four-door black Cadillac driven by a male subject told them to get in and drove off at a high speed. Garcia indicated a juvenile was one of the subjects that boarded the vehicle. Garcia recalls that several times they asked the male driver to stop the vehicle, but the driver replied that he would stop whenever he wanted. Moments later they observed Border Patrol units behind them, and the male driver drove even faster. Garcia stated the Cadillac went inside a park, hit a post and a tree. Immediately after, the driver told them to get out and run. Garcia described the male driver wearing blue jeans, brown long sleeve shirt, tall, thin and dark skin. He also said the driver had a beard.

Garcia was able to identify Ramon Garcia-Solis Jr. on a photo lineup as the driver of the vehicle.